UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kristopher Stowe, an individual,<br><br>Plaintiff,<br><br>v.<br><br>Brad Alford, in his personal capacity,<br><br>Defendant. | No. 2:19-cv-01652-KJM-AC<br><br>AMENDMENT TO THE SCHEDULING ORDER |

Plaintiff Kristopher Stowe requests, ECF No. 10, to amend dates in the pretrial scheduling order, ECF No. 9. Defendant filed a statement of non-opposition, ECF No. 13. Good cause appearing, the court **grants** this request, as follows:

| Description | Existing Date | New Date |
|---|---|---|
| Discovery Cutoff | February 26, 2021 | June 25, 2021 |
| Expert Disclosures | May 3, 2021 | July 26, 2021 |
| Supplemental Expert Disclosures | May 17, 2021 | August 9, 2021 |
| Completion of Expert Discovery | June 18, 2021 | October 22, 2021 |
| All Dispositive Motions Hearing Date | August 27, 2021 | December 17, 2021 |

This amendment does not alter any other portions of the initial scheduling order, ECF No. 9. This order resolves ECF No. 10.

IT IS SO ORDERED.

DATED: February 22, 2021.

CHIEF UNITED STATES DISTRICT JUDGE