**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
John R. Whitefleet, SBN 213301
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendant BRAD ALFORD

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

KRISTOPHER STOWE, an individual,

             Plaintiff,

v.

BRAD ALFORD, in his personal capacity,

             Defendant.

_____/

Case No. 2:19-cv-01652-KJM-AC

**DEFENDANT'S NOTICE AND MOTION FOR SUMMARY JUDGMENT**

Complaint Filed:  08/23/2019

Date: December 17, 2021
Time: 10:00 a.m.
Ctrm.: 3
Judge: Kimberly J. Mueller

### TO PLAINTIFF AND HIS ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that on December 17, 2021, Defendant BRAD ALFORD will, and hereby does, move for an order granting summary judgment pursuant to Federal Rule of Civil Procedure 56 on the following grounds:

A.    Defendant Alford is entitled to summary judgment on all claims based on excessive force because the force used was objectively reasonable under the totality of the circumstances.

B.    Plaintiff cannot establish as fourteenth amendment violation.

C.    Defendant Alford is entitled to qualified immunity.

This Motion will be based on this Notice of Motion, the Separate Statement of Undisputed Material Facts, the Memorandum of Points and Authorities, Declarations and Exhibits thereto, the pleadings and records on file in this matter, and on any evidence, including oral and documentary evidence, that may be presented at any later point including the hearing on the motion.

{02551137.DOCX}                        1

1       The parties met and conferred prior to the filing of this motion. On October 5, 2021, counsel for

2  Defendant sent a letter to counsel for Plaintiff which analyzed each claim for relief and addressed the

3  merits of this present motion. Plaintiff's counsel did not respond to the letter, and the parties were

4  otherwise unable to reach an agreement on Plaintiff's claims.

5

6  Dated:  November 19, 2021               Respectfully submitted,

7

8                                 PORTER SCOTT

9                                 A PROFESSIONAL CORPORATION

10                                 By /s/ John R. Whitefleet

11                                     John R. Whitefleet

12                                     Attorney for Defendant

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

{02551137.DOCX}                        2

**DEFENDANT'S NOTICE AND MOTION FOR SUMMARY JUDGMENT**