**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
John R. Whitefleet, SBN 213301
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendant BRAD ALFORD

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTOPHER STOWE, an individual, | Case No. 2:19-cv-01652-KJM-AC |
| Plaintiff, | **JOINT STATUS REPORT** |
| v. | |
| BRAD ALFORD, in his personal capacity, | Complaint Filed: 08/23/2019 |
| Defendant. | |
| _____/ | |

Pursuant to this Court's minute order of February 3, 2022 (ECF No. 27), the parties submit the following status report:

In accordance with the Court's order, the parties met and conferred regarding the possibility of settlement and/or to narrow the dispute. While the parties were unable to narrow the dispute, the parties have agreed to refer the matter to a Magistrate judge for a Settlement Conference.

Respectfully submitted,

Dated: February 25, 2022      LAW OFFICE OF KELLAN PATTERSON

By /s/ Kellan S. Patterson (authorized on 2.25.2022)
Kellan S. Patterson
Attorney for Plaintiff

{02628402.DOCX}      1
**JOINT STATUS REPORT**

1
2  Dated:  February 25, 2022                    PORTER SCOTT
                                                A PROFESSIONAL CORPORATION
3
                                                By /s/ John R. Whitefleet
4                                                      John R. Whitefleet
                                                       Attorney for Defendant
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28