**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
John R. Whitefleet, SBN 213301
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendant BRAD ALFORD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTOPHER STOWE, an individual, | Case No. Case No. 2:19-cv-01652-KJM-AC |
| Plaintiff, | **NOTICE OF SUBMISSION OF CONFIDENTIAL SETTLEMENT CONFERENCE STATEMENT** |
| v. | |
| BRAD ALFORD, in his personal capacity, | |
| Defendants. | Complaint Filed: 08/23/2019 |

TO PLAINTIFF AND HIS ATTORNEY OF RECORD:

Pursuant to Minute Order dated March 1, 2022 (ECF No. 30), on this date, Defendant submitted a Confidential Settlement Conference Statement to Magistrate Judge Claire.

Respectfully submitted,

Dated: April 7, 2022
PORTER SCOTT
A PROFESSIONAL CORPORATION

By /s/ John R. Whitefleet
　　John R. Whitefleet
　　Attorney for Defendant
　　BRAD ALFORD

{02668313.DOCX}                                   1
NOTICE OF SUBMISSION OF CONFIDENTIAL SETTLEMENT CONFERENCE STATEMENT