KELLAN S. PATTERSON, ESQ. SB No. 307190
**Law Office of Kellan Patterson**
P.O. BOX 5042
Sacramento, CA  95817
P: (916) 905-4464
F: (916) 721-2742
E: info@kellanpatterson.com

Attorney for Plaintiff KRISTOPHER STOWE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTOPHER STOWE, an individual,<br><br>  Plaintiff,<br><br>  v.<br><br>BRAD ALFORD, in his individual capacity,<br><br>  Defendant. | Case No.: 2:19-cv-01652-KJM-AC<br><br>**NOTICE OF SUBMISSION OF CONFIDENTIAL SETTLEMENT CONFERENCE STATEMENT**<br><br>Judge:      Honorable Allison Claire<br>Courtroom: 26, 8th Floor<br>Date:        Thursday, April 14, 2022<br>Time:       9:00 a.m. |

### NOTICE OF SUBMISSION OF CONFIDENTIAL SETTLEMENT CONFERENCE STATEMENT

TO DEFENDANT AND HIS ATTORNEY OF RECORD:

    PLEASE TAKE NOTICE that on April 7, 2022, Plaintiff KRISTOPHER STOWE submitted his Confidential Settlement Conference Statement to the chambers of Honorable Allison Claire.

                                       Law Office of Kellan Patterson

Dated: April 7, 2022                              */s/ Kellan S. Patterson*
                                               Kellan S. Patterson