KELLAN S. PATTERSON, ESQ. SB No. 307190
**Law Office of Kellan Patterson**
2450 Venture Oaks Way, Suite 200
Sacramento, CA 95833
P: (916) 905-7265
F: (916) 721-2742
E: info@ksp-law.com

Attorney for KRISTOPHER STOWE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTOPHER STOWE, an individual, | Case No. 2:19-cv-01652-KJM-AC |
| Plaintiff, | **JOINT STIPULATION OF DISMISSAL** |
| v. | |
| BRAD ALFORD, | |
| Defendant. | |
| _____/ | |

IT IS HEREBY STIPULATED by and between the parties to this action through their respective designated counsel that Plaintiff's claims, and each and every one of them, against Defendant are dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Respectfully submitted,

Dated: June 1, 2022          LAW OFFICE OF KELLAN PATTERSON

                             By /s/ Kellan S. Patterson
                                Kellan S. Patterson
                                Attorney for Plaintiff

{02716316.DOCX}                        1
**JOINT STIPULATION OF DISMISSAL**

1  Dated:  June 1, 2022				PORTER SCOTT
						A PROFESSIONAL CORPORATION

						By <u>/s/ John R. Whitefleet (authorized on 5.31.2022)</u>
						      John R. Whitefleet
						      Attorney for Defendant