CAED 435
(Rev. 03/15)

United States District Court, Eastern District of California

**TRANSCRIPT ORDER**

FOR COURT USE ONLY
DUE DATE:

*PLEASE Read Instruction Page (attached):*

| 1. YOUR NAME<br>Ethan Biando | 2. EMAIL<br>ebiando03@gmail.com | 3. PHONE NUMBER<br>916-751-8541 | 4. DATE<br>6/1/2022 |
|---|---|---|---|

| 5. MAILING ADDRESS<br>6212 Lonetree Blvd | 6. CITY<br>Rocklin | 7. STATE<br>CA | 8. ZIP CODE<br>95765 |
|---|---|---|---|

| 9. CASE NUMBER<br>2:19-cv-01652-KJM-AC | 10. JUDGE<br>Kimberly J Mueller | DATES OF PROCEEDINGS | |
|---|---|---|---|
| | | 11. FROM 4/14/2022 | 12. TO 4/14/2022 |

| 13. CASE NAME<br>Stowe v. Alford | LOCATION OF PROCEEDINGS | |
|---|---|---|
| | 14. CITY Sacramento | 15. STATE California |

16. ORDER FOR

| | | | |
|---|---|---|---|
| ☐ APPEAL No. _____ | ☐ CRIMINAL | ☐ CRIMINAL JUSTICE ACT | ☐ BANKRUPTCY |
| ☐ NON-APPEAL | ☑ CIVIL | ☐ IN FORMA PAUPERIS | ☐ OTHER *(Specify)* |

17. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested) *You **must** provide the name of the Reporter.*

| TRIAL | DATE(S) | REPORTER | HEARINGS | DATE(S) | REPORTER |
|---|---|---|---|---|---|
| ☐ ENTIRE TRIAL | | | ☑ OTHER (Specify Below) | | |
| ☐ JURY SELECTION | | | Settlement Conference | 4/14/2022 | ECRO |
| ☐ OPENING STATEMENTS | | | | | |
| ☐ CLOSING ARGUMENTS | | | | | |
| ☐ JURY INSTRUCTIONS | | | | | |
| ☐ | | | | | |
| ☐ | | | | | |

18. ORDER        (Grey Area for Court Reporter Use)

| CATEGORY | ORIGINAL<br>(Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☐ | ☐ | NO. OF COPIES | | |
| 14-Day | ☐ | ☐ | NO. OF COPIES | | |
| EXPEDITED | ☐ | ☐ | NO. OF COPIES | | |
| DAILY | ☑ | ☑ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |
| REALTIME | ☐ | ☐ | | | |

CERTIFICATION (19 & 20)
By signing below, I certify I will pay all charges (deposit plus additional).

ESTIMATE TOTAL

| 19. SIGNATURE<br>/s/ Ethan Biando | PROCESSED BY |
|---|---|
| 20. DATE<br>6/1/2022 | PHONE NUMBER |
| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS |

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |